[No. 23230-8-II.    Division Two.    February 12, 1999.]

OVERHULSE NEIGHBORHOOD ASSOCIATION, ET AL., *Appellants*,
v. THURSTON COUNTY, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Thurston County, No. 98-2-00186-8, Daniel J. Berschauer, J., entered March 27, 1998. *Affirmed* by unpublished opinion per Armstrong, A.C.J., concurred in by Morgan and Seinfeld, JJ. Now published at 94 Wn. App. 593.